**Petition for Reinstatement from Inactive Status.**

**No. 94 DB 1999.**

Supreme Court of Pennsylvania.

Dec. 22, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of December, 1999, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated November 16, 1999, are approved and IT IS ORDERED that JOHN K. EVANS, III, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**In the Matter of Anthony J. CAVUTO.**

**No. 543 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of December, 1999, Anthony J. Cavuto having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated July 30, 1999; the said Anthony J. Cavuto having been directed on September 27, 1999, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Anthony J. Cavuto is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**Allegra RASTALL, Appellee,**

v.

**Willis DEBOUSE, the Honorable Donato Zucco, Mayor, City of Johnstown, and Johnstown Redevelopment Authority, Appellants.**

Supreme Court of Pennsylvania.

Dec. 23, 1999.

*ORDER*

PER CURIAM:

And now, this 23rd day of December, 1999, the Order of the Court of Common Pleas of Cambria County is **AFFIRMED.**